# Exhibit A

# Aviation and Railway Accident Investigation Board
# Aviation Accident Preliminary Report

HL8088 (B737-800) belly landing, runway overrun and crash to embankment

## ☐ Synopsis

- Accident Number: AAR2404
- Date & Time: Sunday, December 29, 2024, 09:03 (Local, UTC+9)
- Location: Muan International Airport (RKJB)
- Operator: Jeju Air Co., Ltd
- Aircraft: Boeing 737-800
- Serial Number: 37541
- Registration: HL8088
- Flight Number: 7C2216 (BKK→MWX)
- Damage to Aircraft: Destroyed
- Injury total: 179 Fatal, 2 Serious Injury

## ☐ History of Flight

On Sunday, December 29, 2024, at around 04:30 (local), a Jeju Air passenger flight (HL8088, B737-800) took off from Suvarnabhumi International Airport (VTBS) of Thailand with 181 on board consisting of 6 crew members and 175 passengers.

At 08:54:43, HL8088 first communicated for landing with the air traffic control tower of Muan International Airport. The tower cleared to land on runway 01. While HL8088 was approaching the runway, the tower advised the airplane at 08:57:50 to be cautious of bird activity. Both the CVR and FDR recordings stopped at 08:58:50.

After a few seconds, at 08:58:56 (time converted from CVR waveform), HL8088 made an emergency declaration (Mayday x 3) for a bird strike during a go-around. As HL8088 was flying over the left side of the runway 01, it turned right and approached runway 19 to land on it after

aligning with the runway centerline. The airplane belly-landed without its landing gear deployed, overran the runway, and crashed into the embankment, including the installed localizers, bursting into flames.

This accident resulted in the fatalities of 4 crew members and 175 passengers, while 2 crew members were seriously injured.

## ☐ Findings of Investigation

HL8088 is a Boeing-manufactured B737-800. It was first delivered to Ryanair on September 4, 2009; Jeju Air leased it on February 3, 2017, and has operated it since then.

○ Aircraft / Operator Information

| Aircraft Make | Boeing | Registration | HL8088 |
|---|---|---|---|
| Model/Series | 737-800 | Aircraft Category | Airplane |
| Operator | Jeju Air | Operating Certificates | International/domestic air carrier |

○ Wreckage and Impact Information

After the crash into the embankment, fire and a partial explosion occurred. Both engines were buried in the embankment's soil mound, and the fore fuselage scattered up to 30-200 meters from the embankment. The empennage flipped and fell beyond the embankment, partly burning.

| Crew Injuries | 4 Fatal, 2 Serious Injuries | Aircraft Damage | Destroyed |
|---|---|---|---|
| Passenger Injuries | 175 Fatal | Aircraft Fire / Explosion | Fire / Explosion |
| Total Injuries | 179 Fatal, 2 Serious Injuries | Latitude, Longitude | 34° 58′ 35.28" N 126° 22′ 58.41" E |

This is preliminary information, subject to change, and may contain errors. Any errors in this report will be corrected when the final report has been completed.



Accident scene



Aft fuselage          Lower fuselage

Engines

Figure 1. Wreckage on the accident site

○ Black Boxes

Flight data recorder (FDR) and cockpit voice recorder (CVR) were installed in HL8088. However, both recordings stopped at 08:58:50 on December 29, 2024. The airplane impacted with the embankment at 09:02:57, meaning the last 00:04:07 recordings were missing. The airplane

This is preliminary information, subject to change, and may contain errors. Any errors in this report will be corrected when the final report has been completed.

speed and pressure altitude when the recorders stopped were 161 kts and 498 ft, respectively. Figure 2 shows the flight path of HL8088 from its takeoff to where its flight recording stopped.



Figure 2. Flight path while the CVR/FDR are in operation

This is preliminary information, subject to change, and may contain errors. Any errors in this report will be corrected when the final report has been completed.

- Pilot Information

| Flight Crew | Captain | First Officer |
|---|---|---|
| Total Flight Hours | 6,823 hrs | 1,650 hrs |
| In B737 | 6,096 hrs | 1,339 hrs |
| B737 as Pilot in Command | 2,559 hrs | - |
| In the 90 days before the accident | 186 hrs | 164 hrs |

- Weather Information

| METAR (Meteorological Aerodrome Report): **RKJB 290000Z 11002KT 9000 FEW045 02/M00 Q1028 NOSIG,** presented by the Aviation Meteorological Office. | |
|---|---|
| RKJB 290000Z | Data for Muan International Airport weather observation on December 29 at 00:00 UTC (local 9:00) |
| 11002KT | Wind from 110° at 2 knots |
| 9000 | Visibility 9,000 meters |
| FEW045 | A few clouds (1/8 or 2/8 of the sky is covered with clouds) at 4,500 feet above ground level |
| 02/M00 | Temperature: +2°C with a dew point: -0°C |
| Q1028 | Atmospheric pressure is 1028 hPa |
| NOSIG | No significant weather changes are expected. |

- Bird Strike

The pilots identified a group of birds while approaching runway 01, and a security camera filmed HL8088 coming close to a group of birds during a go-around. Both engines were examined, and feathers and bird blood stains were found on each. The samples were sent to specialized organizations for DNA analysis, and a domestic organization identified them as belonging to Baikal Teals.

This is preliminary information, subject to change, and may contain errors. Any errors in this report will be corrected when the final report has been completed.

☐ **Future Investigation Plan**

Aviation and Railway Accident Investigation Board (ARAIB) will tear down the engines, examine components in depth, analyze CVR/FDR and ATC data, and investigate the embankment, localizers, and bird strike evidence. These all-out investigation activities aim to determine the accurate cause of the accident.

In addition, issues deemed necessary for safety or any other improvements will be reviewed and are expected to lead to urgent safety recommendations.

The investigation is ongoing with the assistance of National Transportation Safety Board (USA), Bureau d'Enquêtes et d'Analyses pour la Sécurité de l'Aviation Civile (France). A joint investigation with the overseas authorities will be made when necessary.

This is preliminary information, subject to change, and may contain errors. Any errors in this report will be corrected when the final report has been completed.